ORIGINAL

FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0132

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate No. _____ |
| Plaintiff, ) | |
| v. ) | ORDER SEALING COMPLAINT |
| LEE VAUGHN WALKER (1), ) | |
|    aka "Lee Dog", ) | |
| MELVIN ALEXANDER (2), ) | |
| JOSE GALVAN RICO (3), ) | UNSEALED AS OF 1/16/08 |
|    aka "Mija", ) | |
| ELEODORO CASTILLO (4), ) | ORDERED SEALED BY COURT |
|    aka "Onko", ) | |
| DAPHNE ROSALINDA JACKSON (5), ) | |
|    aka Daphne R. Rae, ) | |
| BERNAL ANTHONY MITCHELL (6), ) | |
|    aka "Tony", ) | |
| ALLEN MATTHEW BAKER Jr. (7), ) | |
|    aka "J.R.", aka Tracy Reyard Diggs, ) | |
|    aka Marcus Johnson, ) | |
| MICHAEL DWAYNE TRYALS (8), ) | |
|    aka "Texas Mike", aka Michael Tryls,) | |
|    aka Dave Brooks, aka Leon Howard ) | |
|    Blair, aka Earl David Hollis, ) | |
| BOBBY SHAWN LOCKHART (9), ) | |
|    aka "Blue", ) | |
| ALEXANDER WEIR IV (10), ) | |
|    aka "Brick", ) | |
| ALEXANDER WEIR V (11), ) | |
|    aka "Lil' Brick", ) | |
| FELIPE MEDINA (12), ) | |
| MELVIN ANDRE BIBBS (13), ) | |
| MARK EDWARD RUNNELS (14), ) | |
|    aka "Marky Mark", ) | |
| Defendants. ) | |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the search warrant and accompanying application and affidavit for search warrant, and this order be sealed until further order of the Court.

//

//

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the place to be searched.

IT IS SO ORDERED.

DATED: 1-15-08

HONORABLE NITA L. STORMES
United States Magistrate Judge

4