1    Stephen D. Lemish, CSB #123793
     Attorney at Law
2    152 West Park Avenue
     Suite 150
3    El Cajon, California 92020

4    (619) 444-5525

5    Attorney for Defendant FELIPE MEDINA

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10                        (Hon. M. James Lorenz)

11

12   UNITED STATES OF AMERICA,        )      Criminal No. 08-CR0256-L
                                      )
13                Plaintiff,          )      MOTION TO JOIN IN
                                      )      CO-DEFENDANT'S MOTION TO HAVE
14   v.                               )      CASE DECLARED COMPLEX
                                      )      [Docket Number 102]
15   FELIPE MEDINA,                   )
                                      )
16                Defendant.          )      Hearing Date:     July 7, 2008
                                      )      Time:             3:00 p.m.
17

18          The defendant, FELIPE MEDINA, through counsel, Stephen D. Lemish,

19   hereby moves to join in the motion of co-defendant Bernal Anthony Mitchell to have

20   the case declared complex [Docket Number 102].

21          Dated:   April 3, 2008

22                                            Respectfully submitted,

23                                            /s/ Stephen D. Lemish
                                              Stephen D. Lemish, Attorney for
24                                            Defendant FELIPE MEDINA
                                              Steve.Lemish@sbcglobal.net
25

26

27

28

                                                              08-CR0256-L

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-CR0256-L |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| FELIPE MEDINA, ) | |
| Defendant. ) | Hearing Date:    July 7, 2008 |
| ) | Time:          3:00 p.m. |

IT IS HEREBY CERTIFIED THAT:

I, Stephen D. Lemish, am a citizen of the United States and I am over the age of eighteen years old.  My business address is 152 W. Park Avenue, Suite 150, El Cajon, CA 92020.

I am not a party to the above-caption matter.  I caused the filing of the following document(s)

Motion to Join in Co-Defendant's Motion to Have Case Declared Complex

by electronically filing such document(s) with the Clerk of the U.S. District Court, Southern District of California, through that court's Electronic Filing System (ECF) on   April 3, 2008  .

By virtue of such filing, I am informed and believe the Assistant United States Attorney assigned to this case has been electronically served with the above-listed documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 3, 2008

/s/ Stephen D. Lemish
Stephen D. Lemish, declarant